IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02971-AP

CAROLYN H. CAMP,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| TERESA H. ABBOTT<br>Law Office of Teresa Abbott, P.C.<br>3515 South Tamarac Drive, Suite 200<br>Telephone (303) 757-5000<br>Facsimile (303) 689-9627<br>E-mail: abbott.teresa@gmail.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>THOMAS H. KRAUS<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0017<br>tom.kraus@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: 12/21/2009
B. Date Complaint Was Served on U.S. Attorneys Office: 01/26/10
C. Date Answer and Administrative Record Were Filed: 03/31/2010

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states: That the Administrative Record appears to be complete and accurate.

Defendant states: That the Administrative Record appears to be complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff states: None anticipated.

Defendant states: None anticipated.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

7. OTHER MATTERS

There are no other matters.

8. BRIEFING SCHEDULE

A. Plaintiffs Opening Brief Due: 05/03/2010
B. Defendants Response Brief Due: 06/02/2010
C. Plaintiffs Reply Brief (If Any) Due: 06/17/2010

9. STATEMENTS REGARDING ORAL ARGUMENT

A. Plaintiffs Statement: Plaintiff does not request oral argument.

B. Defendants Statement: Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.  (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorneys client, all attorneys of record, and all pro se parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

>DATED this 16th day of April, 2010.
>
>BY THE COURT:
>
>*s/John L. Kane*_____
>U.S. DISTRICT COURT JUDGE

| APPROVED: | For Defendant: |
|---|---|
| For Plaintiff: | UNITED STATES ATTORNEY |

| | |
|---|---|
| s/ Teresa H. Abbott | DAVID M. GAOUETTE |
| TERESA H. ABBOTT | United States Attorney |
| Law Office of Teresa Abbott, P.C. | |
| 3515 South Tamarac Drive, Suite 200 | KEVIN TRASKOS |
| Telephone (303)757-5000 | Deputy Chief, Civil Division |
| Facsimile (303) 689-9627 | United States Attorney's Office |
| E-mail: abbott.teresa@gmail.com | District of Colorado |
| Attorney for Plaintiff | |
| | s/ Thomas H. Kraus |
| | THOMAS H. KRAUS |
| | Special Assistant U.S. Attorney |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado 80294 |
| | Telephone: (303) 844-0017 |
| | tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |