IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2971-AP**

**CAROLYN H. CAMP,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

        THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #21), filed July 21, 2010. Plaintiff moves for an order granting payment of attorney's fees in the amount of $8,093.75 under the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412. Plaintiff asserts that the requested relief is justified because the position of the United States was not substantially justified because the Commissioner's decision was not supported by substantial evidence, and attaches documentation in support of the motion.

        I have reviewed the motion, the response and the reply. I find that an award of fees under the Equal Access to Justice Act is proper and that Plaintiff's motion should be granted. Accordingly, it is

        **ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act is **GRANTED**. Attorney fees in the amount of **$8,093.75** shall be made payable to Plaintiff and mailed to the office of her attorney of record.

Dated: August 4, 2010.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT